BEFORE THE THIRD DIVISION, JUNE 3, 1954

**No. 58149.**—International Expediters, Inc., et al. *v.* United States, protests 166485–K/3097, etc. (Chicago).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

**No. 58150.**—The Fan Co. and National Carloading Corp. et al. *v.* United States, protests 184508–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays in chief value of brass, the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

**No. 58151.**—E. J. Petrosemolo, Inc., and Barian Shipping Co., Inc. *v.* United States, protest 164346–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of artichokes, pickled in vinegar and packed in olive oil, and mixed vegetables, pickled in vinegar not in chief value of cucumbers, similar in all material respects to the merchandise the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiffs was sustained.